FILED

05/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0205

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0205

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

PABLO ANTONIO VILLALOBOS,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 23, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 16 2023